**SAO**
JAMES E. WHITMIRE, ESQ.
Nevada Bar No. 6533
jwhitmire@santoronevada.com
SANTORO WHITMIRE
10100 W. Charleston Blvd., Suite 250
Las Vegas, Nevada 89135
Telephone:    702/948-8771
Facsimile:    702/948-8773

*Attorney for Defendants Wendy Colosi,*
*Victor Colosi, and Nicholas Colosi*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| Universal North America Insurance Company, a Texas corporation,<br><br>                    Plaintiff,<br>vs.<br><br>Wendy Colosi, an individual; Victor Colosi, an individual; Nicholas Colosi, an individual; Marily Kennedy, an individual; DOES 1-20 and ROE CORPORATIONS 1-20, inclusive,<br><br>                    Defendant. | Case No.:  2:17-cv-00113-JAD-GWF<br><br>**STIPULATION AND ORDER EXTENDING THE TIME FOR DEFENDANTS WENDY COLOSI, VICTOR COLOSI, AND NICHOLAS COLOSI TO ANSWER OR OTHERWISE RESPOND TO THE COMPLAINT** |

Plaintiff Universal North American Insurance Company ("Plaintiff") and Defendants, Wendy Colosi, Victor Colosi, and Nicholas Colosi ("Defendants") state the following:

1. The Complaint was filed on January 12, 2017.  (ECF No. 1).

2. Defendants have recently retained counsel.

. . .

. . .

. . .

. . .

. . .

3. To allow Defendants' counsel to conduct a preliminary investigation of the Complaint's allegations and prepare a response, the parties agree to extend the date for Defendant to answer or otherwise respond to the Complaint from February 28, 2017 to **March 21, 2017**.

**IT IS SO AGREED AND STIPULATED:**

| | |
|---|---|
| LEWIS BRISBOIS BISGAARD & SMITH LLP | SANTORO WHITMIRE |
| | |
| */s/ Robert W. Freeman* | */s/ James E. Whitmire* |
| Robert W. Freeman, Esq. | James E. Whitmire |
| Nevada State Bar No. 3062 | Nevada State Bar No. 6533 |
| Robert.Freeman@lewisbrisbois.com | 10100 W. Charleston Blvd., Suite 250 |
| Priscilla L. O'Briant, Esq. | Las Vegas, NV 89135 |
| Nevada State Bar No. 10171 | Tel: 702-948-8771 |
| Priscilla.Obriant@lewisbrisbois.com | JWhitmire@santoronevada.com |
| 6385 S. Rainbow Blvd., Suite 600 | |
| Las Vegas, NV 89118 | *Attorney for Defendants Wendy Colosi,* |
| Tel. No.: 702-893-3383 | *Victor Colosi, and Nicholas Colosi* |
| Fax No.: 702-893-3789 | |

*Attorneys for Plaintiff*

**IT IS SO ORDERED:**

_____
UNITED STATES MAGISTRATE JUDGE

DATED: March 3, 2017