JAMES E. WHITMIRE, ESQ.
Nevada Bar No. 6533
jwhitmire@santoronevada.com
SANTORO WHITMIRE
10100 W. Charleston Blvd., Suite 250
Las Vegas, Nevada 89135
Telephone: 702/948-8771
Facsimile: 702/948-8773

*Attorney for Defendants Wendy Colosi,
Victor Colosi, and Nicholas Colosi*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| Universal North America Insurance Company, a Texas corporation,<br><br>Plaintiff,<br>vs.<br><br>Wendy Colosi, an individual; Victor Colosi, an individual; Nicholas Colosi, an individual; Marily Kennedy, an individual; DOES 1-20 and ROE CORPORATIONS 1-20, inclusive,<br><br>Defendant. | Case No.: 2:17-cv-00113-JAD-GWF<br><br>**STIPULATION AND ORDER EXTENDING THE TIME FOR DEFENDANTS WENDY COLOSI, VICTOR COLOSI, AND NICHOLAS COLOSI TO FILE A RESPONSE TO PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT**<br><br>**(First Request)** |

Plaintiff Universal North American Insurance Company ("Plaintiff") and Defendants, Wendy Colosi, Victor Colosi, and Nicholas Colosi ("Defendants") state the following:

1. Plaintiff's Motion for Summary Judgment ("Motion") was filed on August 15, 2017. (ECF No. 30).

2. Pursuant to Local Rule 7-2(b), Defendants have 21 days to file a Response to the Motion, or until September 5, 2017.

. . .

. . .

. . .

3. Defendants seek additional time to file a Response to the Motion, and Plaintiff agrees to such extension. The parties agree to extend the date for Defendants to Respond to the Motion from September 5, 2017 to **September 15, 2017**.

4. The extension of time requested herein is sought in good faith. This request takes into account the workload associated with other matters, the Labor Day weekend, and the fact that counsel for Defendants is scheduled to take a planned trip back to the Midwest to visit family in their 70 and 80s; and is not for the purpose of undue delay.

**IT IS SO AGREED AND STIPULATED:**

| LEWIS BRISBOIS BISGAARD & SMITH LLP | SANTORO WHITMIRE |
|---|---|
| */s/ Priscilla O'Briant* <br> Robert W. Freeman, Esq. <br> Nevada State Bar No. 3062 <br> Robert.Freeman@lewisbrisbois.com <br> Priscilla L. O'Briant, Esq. <br> Nevada State Bar No. 10171 <br> Priscilla.Obriant@lewisbrisbois.com <br> 6385 S. Rainbow Blvd., Suite 600 <br> Las Vegas, NV 89118 <br> Tel. No.: 702-893-3383 <br> Fax No.: 702-893-3789 <br><br> *Attorneys for Plaintiff* | */s/ James E. Whitmire* <br> James E. Whitmire <br> Nevada State Bar No. 6533 <br> 10100 W. Charleston Blvd., Suite 250 <br> Las Vegas, NV 89135 <br> Tel: 702-948-8771 <br> JWhitmire@santoronevada.com <br><br> *Attorney for Defendants Wendy Colosi, Victor Colosi, and Nicholas Colosi* |

**IT IS SO ORDERED:**

_____
UNITED STATES DISTRICT JUDGE
Dated: September 5, 2017.