ROBERT W. FREEMAN, ESQ.
Nevada Bar No. 03062
E-Mail: Robert.Freeman@lewisbrisbois.com
PRISCILLA L. O'BRIANT, ESQ.
Nevada Bar No. 10171
E-Mail: Priscilla.Obriant@lewisbrisbois.com
**LEWIS BRISBOIS BISGAARD & SMITH LLP**
6385 S. Rainbow Blvd., Suite 600
Las Vegas, NV 89118
TEL.: 702-893-3383
FAX: 702-893-3789
*Attorneys for Plaintiff*
Universal North America Insurance Company

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| UNIVERSAL NORTH AMERICA INSURANCE COMPANY, a Texas corporation,<br><br>Plaintiff,<br><br>vs.<br><br>Wendy Colosi, an individual; Victor Colosi, an individual; Nicholas Colosi, an individual; Marilyn Kennedy, an individual; DOES 1-20 and ROE CORPORATIONS 1 - 20, inclusive,<br><br>Defendants. | CASE NO.: 2:17-cv-00113-JAD-GWF<br><br>**STIPULATION AND ORDER TO EXTEND DEADLINE FOR PLAINTIFF TO RESPOND TO DEFENDANT'S OPPOSITION TO PLAINTIFF UNIVERSAL NORTH AMERICA INSURANCE COMPANY'S MOTION FOR SUMMARY JUDGMENT ON ALL CLAIMS**<br><br>**(FIRST REQUEST)** |

Pursuant to LR 6-1, Plaintiff Universal North America Insurance Company ("Universal") and Defendant Marilyn Kennedy ("Kennedy"), by and through their respective counsel of record, respectfully submit the following stipulation requesting a seven (7) day extension for Universal to file a Reply to *Defendant's Opposition to Plaintiff Universal North America Insurance Company's Motion for Summary Judgment on All Claims* [dkt. 36], to and including September 26, 2017. Universal's *Motion for Summary Judgment on All Claims* [dkt. 30] was filed on August 15, 2017 and *Defendant's Opposition to Plaintiff Universal North America Insurance Company's Motion for Summary Judgment on All Claims* was filed on September 5, 2017. In support of this Stipulation, the parties state as follows:

4834-4624-6992.1

### A. Introduction

Universal insured Defendants Wendy, Victor and Nicholas Colosi (the "Colosi Defendants"), who are also defendants in a personal injury action filed by Kennedy. Universal filed this declaratory relief action seeking a declaration regarding its duties and obligations to the Colosi Defendants with respect to the lawsuit against them filed by Kennedy.

### B. Reason for Extension

The parties believe that a seven (7) day extension of the deadline to file a reply is necessary and appropriate to provide sufficient time to complete an adequate reply. Universal's counsel requested the extension since she was on vacation for several days prior to the deadline for the Reply to be filed, which adversely interfered with Universal's opportunity to complete its Reply in support of its motion for summary judgment. Universal and Kennedy believe that good cause is demonstrated and both agreed to a seven (7) day extension of the deadline to respond.

Dated this 19th day of September, 2017        Dated this 19th day of September, 2017

**Attorneys for Marilyn Kennedy**              **Attorneys for Universal**

*/s/ Gina M. Mushmeche, Esq.*                  */s/ Priscilla O'Briant, Esq.*
Jordan P. Schnitzer, Esq.                      Priscilla O'Briant, Esq.
Nevada Bar No. 10744                           Nevada Bar No. 10171
The Schnitzer Law Firm                         Lewis Brisbois Bisgaard & Smith
9205 W. Russell Road, Suite 240                6385 S. Rainbow Blvd., Ste. 600
Las Vegas, NV 89148                            Las Vegas, Nevada 89118

Gary E. Schnitzer, Esq.
Nevada Bar No. 395
Gina M. Mushmeche, Esq.
Nevada Bar No. 10411
Kravitz, Schnitzer & Johnson
8985 S. Eastern Ave., Suite 200
Las Vegas, NV 89123

IT IS SO ORDERED this 19th day of September, 2017.

_____
UNITED STATES DISTRICT JUDGE