JAMES E. WHITMIRE, ESQ.
Nevada Bar No. 6533
jwhitmire@santoronevada.com
SANTORO WHITMIRE
10100 W. Charleston Blvd., Suite 250
Las Vegas, Nevada 89135
Telephone: 702/948-8771
Facsimile: 702/948-8773

*Attorney for Defendants Wendy Colosi,
Victor Colosi, and Nicholas Colosi*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| Universal North America Insurance Company, a Texas corporation,<br><br>Plaintiff,<br><br>vs.<br><br>Wendy Colosi, an individual; Victor Colosi, an individual; Nicholas Colosi, an individual; Marily Kennedy, an individual; DOES 1-20 and ROE CORPORATIONS 1-20, inclusive,<br><br>Defendant. | Case No.: 2:17-cv-00113-JAD-GWF<br><br>**STIPULATION AND ORDER EXTENDING THE TIME FOR DEFENDANTS WENDY COLOSI, VICTOR COLOSI, AND NICHOLAS COLOSI TO FILE A REPLY TO PLAINTIFF'S RESPONSE TO MOTION TO STRIKE/OBJECTION TO ANY REFERENCE TO JUVENILE COURT PROCEEDINGS**<br><br>**(First Request)** |

Plaintiff Universal North American Insurance Company ("Plaintiff") and Defendants, Wendy Colosi, Victor Colosi, and Nicholas Colosi ("Defendants") state the following:

1. Defendants' Motion to Strike/Objection to Any Reference to Juvenile Court Proceedings ("Motion") was filed on September 15, 2017. (ECF No. 40).

2. Plaintiff's Response to the Colosi Defendants' Motion to Strike/Objection to Any Reference to Juvenile Court Proceedings ("Response") was filed on October 10, 2017. (ECF No. 48).

. . .

3. Defendants seek additional time to file a Reply to Plaintiff's Response to the Motion, and Plaintiff agrees to such extension. The Parties agree to extend the date for Defendants to file a Reply to Plaintiff's Response to the Motion from October 17, 2017 to **October 24, 2017**.

4. The extension of time requested herein is sought in good faith. This request takes into account the workload associated with other matters and briefing that was drafted and filed in another matter within the time period between the filing of the Response at issue herein and the original due date for the subject reply. In addition, an attempt is being made to have a coordinated deadline for filing the Reply at issue herein and the Reply in Support of the Colosi's countermotion for partial summary judgment. The extension sought herein is not for the purpose of undue delay.

**IT IS SO AGREED AND STIPULATED:**

LEWIS BRISBOIS BISGAARD & SMITH LLP

SANTORO WHITMIRE

*/s/ Robert W. Freeman*
Robert W. Freeman, Esq.
Nevada State Bar No. 3062
Robert.Freeman@lewisbrisbois.com
Priscilla L. O'Briant, Esq.
Nevada State Bar No. 10171
Priscilla.Obriant@lewisbrisbois.com
6385 S. Rainbow Blvd., Suite 600
Las Vegas, NV 89118
Tel. No.: 702-893-3383
Fax No.: 702-893-3789

*/s/ James E. Whitmire*
James E. Whitmire
Nevada State Bar No. 6533
10100 W. Charleston Blvd., Suite 250
Las Vegas, NV 89135
Tel: 702-948-8771
JWhitmire@santoronevada.com

*Attorney for Defendants Wendy Colosi, Victor Colosi, and Nicholas Colosi*

*Attorneys for Plaintiff*

**IT IS SO ORDERED.**

Dated: October 18, 2017.

_____
UNITED STATES DISTRICT JUDGE