| | |
|---|---|
| 1 | ROBERT W. FREEMAN, ESQ. |
| | Nevada Bar No. 03062 |
| 2 | E-Mail: Robert.Freeman@lewisbrisbois.com |
| | PRISCILLA L. O'BRIANT, ESQ. |
| 3 | Nevada Bar No. 10171 |
| | E-Mail: Priscilla.Obriant@lewisbrisbois.com |
| 4 | **LEWIS BRISBOIS BISGAARD & SMITH** LLP |
| | 6385 S. Rainbow Blvd., Suite 600 |
| 5 | Las Vegas, NV 89118 |
| | TEL.: 702-893-3383 |
| 6 | FAX: 702-893-3789 |
| | *Attorneys for Plaintiff* |
| 7 | Universal North America Insurance Company |

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | | |
|---|---|---|
| UNIVERSAL NORTH AMERICA INSURANCE COMPANY, a Texas corporation, | | CASE NO.: 2:17-cv-00113 |
| Plaintiff, | | Stipulation and Order Dismissing All Claims |
| vs. | | |
| Wendy Colosi, an individual; Victor Colosi, an individual; Nicholas Colosi, an individual; Marilyn Kennedy, an individual; DOES 1-20 and ROE CORPORATIONS 1 - 20, inclusive, | | ECF Nos. 69, 70, 79. |
| Defendants. | | |

///
///
///
///
///
///
///
///
///

LEWIS BRISBOIS BISGAARD & SMITH LLP ATTORNEYS AT LAW

4848-4718-7063.1

Based upon the separate confidential agreement of the parties, the parties, by and through their respective undersigned counsel of record, agree and stipulate that all claims in the above-entitled action shall be dismissed in their entirety, with prejudice, each party to bear its own costs and attorneys' fees.

Dated this 5 day of December, 2018

**Attorneys for Defendant Marilyn Kennedy**

Jordan P. Schnitzer, Esq.
Nevada Bar No. 10744
9205 W. Russell Road, Suite 240
Las Vegas, NV 89148

Gary E. Schnitzer, Esq.
Nevada Bar No. 395
Gina M. Mushmeche, Esq.
Nevada Bar No. 10411
Kravitz, Schnitzer & Johnson
8985 S. Eastern Ave., Suite 200
Las Vegas, NV 89123

Dated this 5 day of December, 2018

**Attorney for Plaintiff Universal North America Insurance Company**

Priscilla O'Briant, Esq.
Nevada Bar No. 10171
Lewis Brisbois Bisgaard & Smith
6385 S. Rainbow Blvd., Ste. 600
Las Vegas, Nevada 89118

Dated this 5 day of October, 2018
**Attorney for Defendants Nicholas Colosi, Victor Colosi and Wendy Colosi**

James E. Whitmire, Esq.
Nevada Bar No. 6533
Santoro Whitmire
10100 W. Charleston Blvd., Suite 250
Las Vegas, NV 89135

Based upon the separate confidential agreement of the parties, the parties, by and through their respective undersigned counsel of record, agree and stipulate that all claims in the above-entitled action shall be dismissed in their entirety, with prejudice, each party to bear its own costs and attorneys' fees.

Dated this ___ day of October, 2018

**Attorneys for Defendant Marilyn Kennedy**

_____
Jordan P. Schnitzer, Esq.
Nevada Bar No. 10744
9205 W. Russell Road, Suite 240
Las Vegas, NV 89148

Gary E. Schnitzer, Esq.
Nevada Bar No. 395
Gina M. Mushmeche, Esq.
Nevada Bar No. 10411
Kravitz, Schnitzer & Johnson
8985 S. Eastern Ave., Suite 200
Las Vegas, NV 89123

Dated this ___ day of October, 2018

**Attorney for Plaintiff Universal North America Insurance Company**

_____
Priscilla O'Briant, Esq.
Nevada Bar No. 10171
Lewis Brisbois Bisgaard & Smith
6385 S. Rainbow Blvd., Ste. 600
Las Vegas, Nevada 89118

Dated this ___ day of October, 2018 [handwritten: January, 2019]
**Attorney for Defendants Nicholas Colosi, Victor Colosi and Wendy Colosi**

_____
James E. Whitmire, Esq.
Nevada Bar No. 6533
Santoro Whitmire
10100 W. Charleston Blvd., Suite 250
Las Vegas, NV 89135

## ORDER

Based on the parties' stipulation **[ECF No. 79]** and good cause appearing, IT IS HEREBY ORDERED that THIS ACTION IS DISMISSED with prejudice, each side to bear its own fees and costs. All pending motions **[ECF Nos. 69, 70]** are DENIED as moot. The **Clerk of Court** is directed to **CLOSE THIS CASE**.

_____
U.S. District Judge Jennifer A. Dorsey
Dated: January 7, 2019

4848-4718-7063.1

2